UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,          **2ND ORDER OF CONTINUANCE**

   -against-

                                                   22 Mag. 3949

ROMAN MUNOZ,

                              Defendant.
-------------------------------------------------------------X

       Adjourned to July 27, 2022 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  June 29, 2022
          White Plains, New York

                                                        **SO ORDERED:**

                                                         _____
                                                         JUDITH C. McCARTHY
                                                        United States Magistrate Judge