UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

United States of America

                         Government(s)   3rd   ORDER OF CONTINUANCE

      -against-                               Case Number: 22-mj-3949

Roman Munoz

                         Defendant(s)

-----------------------------------------------------X

Adjourned to 8/24/22 by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED: 7/27/22

                                                      Paul E. Davison
                                                      United States Magistrate Judge